U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
ROBERT GREEN
v.
CITIZENS FINANCIAL GROUP, INC. and
CHARTER ONE

Case Number:
FILED: MARCH 21, 2008
08CV1684 RCC
JUDGE GOTTSCHALL
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITIZENS FINANCIAL GROUP, INC., defendant
CHARTER ONE, defendant

| | |
|---|---|
| NAME (Type or print) Sarah P. Herlihy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Sarah P. Herlihy | |
| FIRM Kirkland & Ellis LLP | |
| STREET ADDRESS 200 East Randolph Drive | |
| CITY/STATE/ZIP Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) IL - 6286391 | TELEPHONE NUMBER 312-469-7089 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |