IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT GREEN, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | FILED: MARCH 21, 2008 |
| v. | ) ) | Case No. 08CV1684 RCC |
| CITIZENS FINANCIAL GROUP, INC., a foreign corporation, and CHARTER ONE, | ) ) ) ) | JUDGE GOTTSCHALL MAGISTRATE JUDGE NOLAN |
| Defendants. | ) | |

**DEFENDANTS CITIZENS FINANCIAL GROUP, INC. AND CHARTER ONE'S COMBINED CORPORATE DISCLOSURE STATEMENT**

As required by Federal Rule of Civil Procedure 7.1, defendants state as follows:

1. Although the complaint lists the defendants as Citizens Financial Group, Inc., and Charter One, the name of the entity that issued the gift card at issue in this case was Charter One Bank, National Association. Accordingly, for the purposes of this action, the proper name of the defendant is Charter One Bank, National Association.

2. On September 1, 2007, Charter One Bank, National Association, merged into RBS Citizens, National Association, and therefore no longer exists as an independent legal entity. RBS Citizens, N.A. is a wholly owned subsidiary of defendant Citizens Financial Group, Inc., which is a wholly owned subsidiary of RBSG International Holdings Limited and RBS CBFM North America Corp. RBSG International Holdings Limited and RBS CBFM North America Corp. are wholly owned subsidiaries of the Royal Bank of Scotland, plc, which is a wholly owned subsidiary of the RBS Group, plc.

| | |
|---|---|
| Date: March 21, 2008 |         s/Barry E. Fields<br>Barry E. Fields, P.C. (IL Bar 6206913)<br>Michael D. Foster (IL Bar 6257063)<br>Sarah P. Herlihy (IL Bar 6286391)<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Tel: (312) 861-2000<br>Fax: (312) 861-2200<br><br>*Attorneys for Defendants Citizens Financial Group, Inc. and Charter One* |