IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT GREEN, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | FILED: MARCH 21, 2008 |
| v. | ) ) | Case No. 08CV1684 RCC |
| CITIZENS FINANCIAL GROUP, INC., a foreign corporation, and CHARTER ONE, | ) ) ) | JUDGE GOTTSCHALL MAGISTRATE JUDGE NOLAN |
| Defendants. | ) | |

**DEFENDANTS CITIZENS FINANCIAL GROUP, INC. AND CHARTER ONE'S COMBINED NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.1, neither defendant Citizens Financial Group, Inc. nor defendant Charter One have any publicly held affiliates.

Date: March 21, 2008

                                                                   s/Barry E. Fields
                                           Barry E. Fields, P.C. (IL Bar 6206913)
                                           Michael D. Foster (IL Bar 6257063)
                                           Sarah P. Herlihy (IL Bar 6286391)
                                           KIRKLAND & ELLIS LLP
                                           200 East Randolph Drive
                                           Chicago, Illinois 60601
                                           Tel:  (312) 861-2000
                                           Fax:  (312) 861-2200

                                           *Attorneys for Defendants Citizens Financial*
                                           *Group, Inc. and Charter One*