IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT GREEN, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08CV1684 RCC |
| CITIZENS FINANCIAL GROUP, INC., a foreign corporation, and CHARTER ONE, | ) ) ) ) | JUDGE GOTTSCHALL  MAGISTRATE JUDGE NOLAN |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

       I hereby certify that on March 21, 2008, I caused a copy of (1) the Civil Cover Sheet; (2) Defendant Citizens Financial Group, Inc. and Defendant Charter One's Notice of Removal; (3) Defendants' Combined Fed. R. Civ. P. 7.1 Corporate Disclosure Statement; and (4) Defendants' Combined Local Rule 3.1 Statement to be served electronically through the Court's electronic case filing system and via U.S. mail on:

> Robert A. Holstein
> HOLSTEIN LAW OFFICES, LLC
> 100 West Monroe Street, Suite 1300
> Chicago, Illinois 60603
> Tel: (312) 906-8000

>       s/Barry E. Fields
> Barry E. Fields, P.C. (IL Bar 6206913)
> Michael D. Foster (IL Bar 6257063)
> Sarah P. Herlihy (IL Bar 6286391)
> KIRKLAND & ELLIS LLP
> 200 East Randolph Drive
> Chicago, Illinois 60601
> Tel:  (312) 861-2000
> Fax:  (312) 861-2200
>
> *Attorneys for Defendants Citizens Financial Group, Inc. and Charter One*