IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT GREEN, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-CV-1684 |
| CITIZENS FINANCIAL GROUP, INC., a foreign corporation, and CHARTER ONE, | ) ) ) ) ) | Judge Gottschall Magistrate Judge Nolan |
| Defendants. | ) | |

**CITIZENS FINANCIAL GROUP, INC. AND CHARTER ONE BANK'S
FED. R. CIV. P. 12(b)(6) MOTION TO DISMISS**

Defendants Citizens Financial Group, Inc. and Charter One Bank[1] hereby move for dismissal of plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. This motion is supported by the accompanying Memorandum in Support of Citizens Financial Group, Inc. and Charter One Bank's Fed. R. Civ. P. 12(b)(6) Motion to Dismiss.

Date: March 28, 2008

Respectfully submitted,

s/Barry E. Fields
Barry E. Fields, P.C.
Michael D. Foster
Sarah P. Herlihy
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Tel: (312) 861-2000
Fax: (312) 861-2200
*Attorneys for Defendants Citizens Financial Group, Inc. and Charter One*

---

[1] Although the complaint lists the defendants as Citizens Financial Group, Inc., and Charter One, the name of the entity that issued the gift card was Charter One Bank, National Association. (*See* Compl. ¶ 5 ("[t]his card is the property of Charter One Bank, N.A.").) Accordingly, for the purposes of this action, the proper name of the defendant is Charter One Bank, National Association. For the Court's reference, as of September 1, 2007, Charter One Bank, National Association, merged into RBS Citizens, National Association, and therefore no longer exists as an independent legal entity.