IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT GREEN, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-CV-1684 |
| CITIZENS FINANCIAL GROUP, INC., a foreign corporation, and CHARTER ONE, | ) ) ) | Judge Gottschall Magistrate Judge Nolan |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

On April 3, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall, or any Judge sitting in her stead, in Room 2325 or the courtroom usually occupied by her in the United States District Courthouse, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present Citizens Financial Group, Inc. and Charter One Bank's Fed. R. Civ. P. 12(b)(6) Motion to Dismiss, a true and accurate copy of which is attached hereto and served upon you.

Date:  March 28, 2008

Respectfully submitted,

s/Barry E. Fields

Barry E. Fields, P.C.
Michael D. Foster
Sarah P. Herlihy
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Tel:  (312) 861-2000
Fax:  (312) 861-2200

*Attorneys for Defendants Citizens Financial Group, Inc. and Charter One*

## CERTIFICATE OF SERVICE

I, Barry E. Fields, an attorney, hereby certify that on this 28th day of March, 2008, I caused a true and correct copy of this (1) Notice of Motion, (2) Citizens Financial Group, Inc. and Charter One's Fed. R. Civ. P. 12(b)(6) Motion to Dismiss, and (3) Memorandum in Support of Citizens Financial Group, Inc. and Charter One's Fed. R. Civ. P. 12(b)(6) Motion to Dismiss to be served upon the following counsel of record via the Court's electronic filing system and U.S. Mail, first-class postage prepaid:

> Robert A. Holstein
> HOLSTEIN LAW OFFICES, LLC
> 100 West Monroe Street, Suite 1300
> Chicago, Illinois 60603
> Tel: (312) 906-8000

> s/Barry E. Fields
> Barry E. Fields