IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GREEN, individually, and on behalf of all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CITIZENS FINANCIAL GROUP, INC., a  )<br>foreign corporation and CHARTER ONE,  )<br>)<br>Defendants.  ) | Case No. 08-CV-1684<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Nolan |

**MOTION FOR ENLARGEMENT OF TIME**

NOW COMES, the Plaintiff, ROBERT GREEN, by counsel, ROBERT A. HOLSTEIN, Esq., and respectfully requests the following relief:

1. This is a multi-state consumer class action initially filed in the Chancery Division of the Circuit Court of Cook County, Illinois. The case was recently removed by Defendants pursuant to the Class Action Fairness Act of 2005. Defendants also filed their FRCP Rule 12(b)(6) motion to dismiss.

2. Plaintiff respectfully requests a reasonable time to respond to the Defendants' motion. Plaintiff needs to proceed with discovery in order to respond to Defendants' motion. For example, and without conceding its relevancy, the Plaintiff never received the exhibit attached to Defendants' motion and the exhibit. Plaintiff will have to conduct discovery to determine how the Defendants can assert the unconditional statement that Mr. Green "agreed to pay under the agreement." What agreement?

3.     Plaintiffs' counsel is a sole practitioner engaged primarily in civil litigation both locally and in other jurisdictions.  As a result, obligations are scheduled with briefs, depositions, motions, arguments, trials as well as unexpected emergency filings throughout the time the Court has set for briefing.  Moreover, discovery is necessary, which too cannot be completed within the current schedule.

WHEREFORE, Plaintiff respectfully requests that he be granted 56 days to pursue limited discovery sufficient to be able to respond to the factual and legal bases of Defendants' motion.


                        /s/ Robert A. Holstein
            By:_____


Robert A. Holstein
HOLSTEIN LAW OFFICES, LLC
19 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
(312) 906-8000