## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Robert Green

                        Plaintiff,

v.                                                 Case No.: 1:08−cv−01684
                                                Honorable Joan B. Gottschall

Citizens Financial Group, Inc., et al.

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall:Briefing schedule as to Citizens Financial Group, Inc. and Charter One Bank's Fed. R. Civ. P. 12(b)(6) motion to dismiss[10] is as follows :( Responses due by 5/1/2008, Replies due by 5/15/2008.) Ruling by mail. No appearance is required on 4/2/2008. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.