## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Robert Green

                         Plaintiff,

v.                                                   Case No.: 1:08−cv−01684
                                                              Honorable Joan B. Gottschall

Citizens Financial Group, Inc., et al.

                         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, April 10, 2008:

    MINUTE entry before Judge Honorable Joan B. Gottschall: Motion hearing held on 4/10/2008. MOTION by Plaintiff Robert Green for extension of time [13] is denied without prejudice. Movant failed to appear. Status hearing set for 5/21/08 is stricken. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.