**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT GREEN, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-CV-1684 |
| CITIZENS FINANCIAL GROUP, INC., a foreign corporation and CHARTER ONE, | ) ) ) | Judge Joan B. Gottschall Magistrate Judge Nolan |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME and**
**FOR MODIFICATION OF SCHEDULING ORDER DATED APRIL 3, 2008**

NOW COMES, the Plaintiff, ROBERT GREEN, by counsel, ROBERT A. HOLSTEIN, Esq., and respectfully requests the following relief:

1.     This is a multi-state consumer class action initially filed in the Chancery Division of the Circuit Court of Cook County, Illinois.  The case was recently removed by Defendants pursuant to the Class Action Fairness Act of 2005.  Defendants also filed their FRCP Rule 12(b)(6) motion to dismiss.

2.     Plaintiff respectfully requests a reasonable time to respond to the Defendants' motion.  Plaintiff needs to proceed with discovery in order to respond to Defendants' motion. For example, and without conceding its relevancy, the Plaintiff never received the exhibit attached to Defendants' motion and the exhibit.  Plaintiff will have to conduct discovery to determine how the Defendants can assert the unconditional statement that Mr. Green "agreed to pay under the agreement."  What agreement?

3.     Plaintiffs' counsel is a sole practitioner engaged primarily in civil litigation both locally and in other jurisdictions.  As a result, obligations are scheduled with briefs, depositions, motions, arguments, trials as well as unexpected emergency filings throughout the time the Court has set for briefing.  Moreover, discovery is necessary, which too cannot be completed within the current schedule.

4.     This motion was previously filed before this Court and was noticed for hearing on April 10, 2008.  The reason the Plaintiff did not appear was due to this Court's Minute Entry of April 8, 2008 setting a status hearing in this case on May 21, 2008. Plaintiff's counsel erroneously assumed that Plaintiff's motion was mooted by that Order and failed to present the motion though counsel appeared before the Court that morning on another case, *Dixie Gas et al. v. Shell Oil Company et al.,* 03 C 8210.  This erroneous assumption was compounded by the absence of this case on this Court's calendar for April 10, 2008 when Plaintiff's counsel checked on the Court's website on April 9, 2008.

5.     As stated above, Plaintiff will not be able to meet the deadline for him to file his response on May 1, 2008 as set forth by this Court's Order of April 3, 2008 without first conducting discovery upon the Defendant.

WHEREFORE, Plaintiff respectfully requests that this Court's Order dated April 3, 2008 be modified and that Plaintiff be granted at least 60 days from May 1, 2008 to pursue limited discovery sufficient to be able to respond to the factual and legal bases of Defendants' motion.

/s/ Robert A. Holstein

By:_____

Robert A. Holstein
HOLSTEIN LAW OFFICES, LLC
19 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
(312) 906-8000