UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Robert Green
                             Plaintiff,

v.                                                    Case No.: 1:08−cv−01684
                                                       Honorable Joan B. Gottschall

Citizens Financial Group, Inc., et al.
                             Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall:Plaintiff's Motion for enlargement of time and for modification of scheduling order dated April 3, 2008 [18] is granted in part and denied in part. Motion hearing held on 4/24/2008 regarding motion to dismiss[10]. Briefing schedule as to motion to dismiss[10] is as follows :( Responses due by 5/22/2008, Replies due by 6/5/2008.) Ruling by mail. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.