IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GREEN, individually, and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) CITIZENS FINANCIAL GROUP, INC., a ) foreign corporation and CHARTER ONE, ) ) Defendants. ) | Case No. 08-CV-1684<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Nolan |

## NOTICE OF FILING

TO:  Barry E. Fields, P.C.
     Michael D. Foster
     Sarah Herlihy
     KIRKLAND & ELLIS LLP
     200 East Randolph Drive
     Chicago, Illinois 60601

    PLEASE TAKE NOTICE that on May 22, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, the **Plaintiff's Memorandum in Opposition to Defendants' FRCP Rule 12(b)(6) Motion to Dismiss**, a copy of which is attached hereto and hereby served upon you.

                                                                         s/   Robert A. Holstein
                                                                         _____

Robert A. Holstein
HOLSTEIN LAW OFFICES, LLC
19 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
(312) 906-8000
Atty. No. 1251600

## CERTIFICATE OF SERVICE

  I, Robert A. Holstein, an attorney, certify that on May 22, 2008, he electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filings to

Barry E. Fields, P.C.
Michael D. Foster
Sarah Herlihy
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601

this 22nd day of May, 2008.

                s/ Robert A. Holstein
                _____
                Pursuant to 28U.S.C. §1746, I certify under
                penalty of perjury that the foregoing is
                true and correct. Executed this 22nd day of
                May, 2008.