IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT GREEN, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-CV-1684 |
| CITIZENS FINANCIAL GROUP, INC., a foreign corporation and CHARTER ONE, | ) ) ) | Judge Joan B. Gottschall Magistrate Judge Nolan |
| Defendants. | ) ) | |

## NOTICE OF MOTION

TO:   See Certificate of Service below

PLEASE TAKE NOTICE that on June 5, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan B. Gottschall, or whoever may be sitting in her stead in the courtroom usually occupied by her in Courtroom 2325, 219 S. Dearborn Street, Chicago, IL, and then and there present **Plaintiffs' Motion for Leave to File an Amended Complaint**, a copy of which is attached hereto and hereby served upon you.


By: /s/ Robert A. Holstein
Plaintiff's Attorney

Robert A. Holstein
HOLSTEIN LAW OFFICES, LLC
19 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Tel. No. (312) 906-8000

**CERTIFICATE OF SERVICE**

      Robert A. Holstein, an attorney, certify that on May 22, 2008, he electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filings to the individuals indicated on the attached service list.

Electronic Notification by Court:

Barry E. Fields, P.C.
Michael D. Foster
Sarah Herlihy
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601

/s/ Robert A. Holstein
_____