UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Robert Green
                        Plaintiff,

v.                                            Case No.: 1:08–cv–01684
                                                    Honorable Joan B. Gottschall

Citizens Financial Group, Inc., et al.
                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, June 4, 2008:

    MINUTE entry before the Honorable Joan B. Gottschall:(On the court's own motion, MOTION by Plaintiff Robert Green for leave to file Amended Complaint [23] is reset for 6/12/2008 at 10:00 AM.) Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.