UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Robert Green

                                       Plaintiff,

v.                                              Case No.: 1:08–cv–01684
                                                         Honorable Joan B. Gottschall

Citizens Financial Group, Inc., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Motion hearing held on 6/12/2008. Plaintiff's Motion to file amended complaint [23] is granted. Defendants to file their renewed motion to dismiss [10] by 6/23/2008. Plaintiff to respond by 7/3/2008 and defendants to reply by 7/14/2008. Ruling will be by mail. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.