## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Robert Green

                                        Plaintiff,

v.                                                   Case No.: 1:08–cv–01684
                                                       Honorable Joan B. Gottschall

Citizens Financial Group, Inc., et al.

                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Minute order #26 dated 6/12/2008 is amended to reflect the following: Defendants to file renewed motion to dismiss [10] by 6/26/2008. Plaintiff to respond by 7/17/2008. Defendants reply in support by 7/31/2008. Ruling will be by mail. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.