IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT GREEN, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-CV-1684 |
| CHARTER ONE BANK, NATIONAL ASSOCIATION, a foreign corporation, also known as and doing business as, RBS CITIZENS, NATIONAL ASSOCIATION, foreign corporation, | ) ) ) ) ) ) ) | Judge Gottschall Magistrate Judge Nolan |
| Defendant. | ) | |

**DEFENDANT'S FED. R. CIV. P. 12(b)(6) MOTION TO DISMISS**

Defendant Charter One Bank, National Association[1] hereby moves for dismissal of plaintiff's amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. This motion is supported by the accompanying Memorandum in Support of Defendant's Fed. R. Civ. P. 12(b)(6) Motion to Dismiss.

Date: June 26, 2008

Respectfully submitted,

s/Barry E. Fields
Barry E. Fields, P.C.
bfields@kirkland.com
Michael D. Foster
mfoster@kirkland.com
Sarah P. Herlihy
sherlihy@kirkland.com
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Tel: (312) 861-2000
Fax: (312) 861-2200

*Attorneys for Defendant Charter One Bank, National Association*

---

[1] On September 1, 2007, Charter One Bank, National Association merged into RBS Citizens, National Association, and therefore no longer exists as an independent legal entity.

## CERTIFICATE OF SERVICE

      I, Barry E. Fields, an attorney, hereby certify that on this 26th day of June, 2008, I caused a true and correct copy of this (1) Defendant's Fed. R. Civ. P. 12(b)(6) Motion to Dismiss and (2) Memorandum in Support of Defendant's Fed. R. Civ. P. 12(b)(6) Motion to Dismiss to be served upon the following counsel of record via the Court's electronic filing system and U.S. Mail, first-class postage prepaid:

      Robert A. Holstein
      HOLSTEIN LAW OFFICES, LLC
      19 S. LaSalle Street, Suite 1500
      Chicago, Illinois 60603
      Tel: (312) 906-8000

      s/Barry E. Fields
      Barry E. Fields