IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GREEN, individually, and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 08-CV-1684 |
| CITIZENS FINANCIAL GROUP, INC., a foreign corporation and CHARTER ONE, ) ) ) | Judge Joan B. Gottschall Magistrate Judge Nolan |
| Defendants. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
PLAINTIFF TO FILE RESPONSE TO
DEFENDANT'S FEDERAL RULES OF CIVIL PROCEDURE  26(b)(6)
MOTION TO DISMISS AMENDED COMPLAINT**

NOW COMES, the Plaintiff, ROBERT GREEN, individually and on behalf of all other individuals and entities similarly situated and by counsel, ROBERT A. HOLSTEIN,  Esq., and respectfully requests the following:

1.     Plaintiff's response to Defendant's motion to dismiss first amended complaint was due on July 17, 2008.

2.     Plaintiff's counsel has been extremely busy as a sole practitioner as counsel for numerous clients in substantial cases, all of which concern litigation in both the Federal and State judicial system in Illinois, including pending State court jury cases in numerous counties throughout the State.

3.  This Court has at least two other significant cases involving herein Plaintiff's including *Dixie Gas and Food et al. v. Shell Oil Company et al.*, Case No. 03 C 8210 and *Orso [Urso] v. Bayer Corporation*, Case No. 04 CV 0114, both of which are actively being litigated.

4.  Defendant has no objection to extending the time for Plaintiff to file his response so long as their reply time is a minimum of 14 days.

WHEREFORE, Plaintiff ROBERT GREEN respectfully requests that he be granted until August 12, 2008 to file his responsive brief to Defendant's pending FRCP 12(b)(6) motion to dismiss his first amended complaint and that Defendant be granted at least 14 days thereafter.

/s/ Robert A. Holstein

By:_____

Robert A. Holstein
HOLSTEIN LAW OFFICES, LLC
19 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
(312) 906-8000